[No. 37623-7-II.   Division Two.   August 13, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JACK DOUGLAS BOOKER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-1-00903-5, Diane M. Woolard, J., entered April 11, 2008. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Bridgewater and Hunt, JJ.

[No. 37819-1-II.   Division Two.   August 13, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON MATTHEW DILLON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-05978-6, Rosanne Buckner, J., entered May 23, 2008. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Houghton and Quinn-Brintnall, JJ.

[Nos. 37910-4-II; 37914-7-II.   Division Two.   August 13, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ELLIS B. BOUVIER, *Appellant*.

Appeals from a judgment of the Superior Court for Mason County, No. 07-1-00598-6, James B. Sawyer II, J., entered May 12, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Penoyar, J.

[No. 38155-9-II.   Division Two.   August 13, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK ALLEN HADDOCK, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 08-1-00097-4, James B. Sawyer II, J., entered July 3, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, A.C.J., and Houghton, J.